U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 NOV 17 P2 :35
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN R. CAMACHO,

    Defendant.

Case No. 09-CR-**09 CR-284**
[18 U.S.C. §§ 922(g)(1) & 924(e)(1)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about September 7, 2009, in the State and Eastern District of Wisconsin,

**JUAN R. CAMACHO,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Browning, model Citori, .12 gauge shotgun, bearing serial number 97802-S8.

3. The defendant is an Armed Career Criminal, having been convicted of the following offenses, all of which were committed on occasions different from one another, and each of which constitutes a violent felony or serious drug offense, as defined in Title 18, United States Code, Section 924(e)(2):

A. Armed robbery (Judgment entered on or about September 30, 1991, in Milwaukee County Case No. 1990CF904197), a crime punishable by a term exceeding one year;

B. Battery by prisoner and escape (Judgment entered on or about October 1, 1991, in Milwaukee County Circuit Court Case No. 1991CF910191), a crime punishable by a term exceeding one year; and

C. Two counts of armed robbery (Judgment entered on or about October 26, 1995, in Milwaukee County Circuit Court Case No. 1995CF952145), a crime punishable by a term exceeding one year.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

A TRUE BILL:

FOREPERSON

Date: 11/17/2009

MICHELLE L. JACOBS
United States Attorney